UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HARRIET GREEN, Individually and as Administratrix of the Estate of Ricardo Mason, | ) ) ) ) | Case No.: 1:03 CV 1804 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| ROBERT TAYLOR, *et al.*, | ) ) | |
| Defendants | ) ) | |

_____

| | | |
|---|---|---|
| MALCOLM HOYLE, | ) ) | Case No.: 1:04 CV 2097 |
| Plaintiff | ) ) | |
| v. | ) ) | |
| MATTHEW BAEPPLER, *et al.*, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| Defendants | ) | ORDER |

The court held a joint telephonic conference with counsel in these cases to preliminarily discuss Plaintiff Malcolm Hoyle's Motion for Consolidation with Related Case, ECF No. 15, and Motion to Stay Depositions in Related Case, ECF No. 16.  The purpose of the conference was to gauge the positions of

the various parties on consolidation.

At the conference, Plaintiff Harriet Green, and at least one of the Defendants, expressed opposition to consolidation. Therefore, the court indicated it would not rule on the consolidation motion until the issue had been fully briefed.

The court did deny Hoyle's Motion to Stay Depositions, ECF No. 16. However, in light of the pending motion to consolidate, the Plaintiff and Defendants in the *Green v. Taylor* litigation verbally agreed to permit counsel for Hoyle to attend, but not participate in, upcoming discovery depositions.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 20, 2005